# ALABAMA COURT OF CRIMINAL APPEALS



February 7, 2025

**CR-2024-0185**
Robert Lee Jones v. State of Alabama (Appeal from Baldwin Circuit Court: CC-21-1852, CC-21-1853, CC-21-1854, and CC-21-1855)

# <u>NOTICE</u>

You are hereby notified that on February 7, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk